**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-7062

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JAMES CALVIN BROOKS,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City.  James C. Dever III, District Judge.  (2:17-cr-00004-D-1)

Submitted:  May 18, 2023                          Decided:  May 22, 2023

Before NIEMEYER, RICHARDSON, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Calvin Brooks, Appellant Pro Se.  Sharon Coull Wilson, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Calvin Brooks appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i).  We review a district court's denial of a compassionate release motion for abuse of discretion.  *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021).  We have reviewed the record and conclude that the district court did not abuse its discretion and sufficiently explained the reasons for the denial. *See United States v. High*, 997 F.3d 181, 188-91 (4th Cir. 2021) (discussing amount of explanation required for denial of compassionate release motion).  We therefore affirm the district court's order.  *United States v. Brooks*, No. 2:17-cr-00004-D-1 (E.D.N.C. Sept. 8, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*